**RECEIVED**

JAN 2 4 2008

**RICHARD W. WIEKING**
**CLERK U.S. DISTRICT COURT,**
**NORTHERN DISTRICT OF CALIFORNIA**

*FILED*

*JAN 8 0 2008*

*RICHARD W. WIEKING*
*CLERK U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

1   **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2   Name  WILLIAMS          DANIEL          R

3          (Last)                  (First)                  (Initial)

4   Prisoner Number  #2285306      NAPA STATE HOSPITA

5   Institutional Address  2100 NAPA VALLEJO HWY  NAPA, CA

6          94558-6293

7          **UNITED STATES DISTRICT COURT**
          **NORTHERN DISTRICT OF CALIFORNIA**

8

9   DANIEL BAYFEL WILLIAMS                    )     **E-filing**
   (Enter the full name of plaintiff in this action.)    )

10                      vs.                              )     **CV 08    0713**

11   CALIFORNIA DEPARTMENT OF                  )     Case No. _____
                                              )     (To be provided by the Clerk of Court)
12   MENTAL HEALTH DBA                        )     **COMPLAINT UNDER THE**
                                              )     **CIVIL RIGHTS ACT,**
13   NAPA STATE HOSPITAL                      )     **Title 42 U.S.C § 1983**

14                                            )

15   (Enter the full name of the defendant(s) in this action)   )

16   *[All questions on this complaint form must be answered in order for your action to proceed..]*

17   I.    Exhaustion of Administrative Remedies.

18         **[Note:** You must exhaust your administrative remedies before your claim can go

19         forward. The court will dismiss any unexhausted claims.]

20         A.    Place of present confinement  NAPA STATE HOSPITAL

21         B.    Is there a grievance procedure in this institution?

22               YES (X)     NO ( )

23         C.    Did you present the facts in your complaint for review through the grievance

24               procedure?

25               YES ( )     NO (X)

26         D.    If your answer is YES, list the appeal number and the date and result of the

27               appeal at each level of review. If you did not pursue a certain level of appeal,

28               explain why.

COMPLAINT                          - 1 -

1. Informal appeal PROTECTION AND ADVOCACY, INC. (NAPA STATE HOSPITAL OFFICE OF PATIENT'S RIGHTS)

2. First formal level NAPA STATE HOSPITAL EXECUTIVE DIRECTOR (MR. ED FOULK, Ed.D)

3. Second formal level CALIFORNIA OFFICE OF PATIENT'S RIGHTS (PROTECTION AND ADVOCACY, INC.)

4. Third formal level CALIFORNIA OFFICE OF MENTAL HEALTH (OFFICE OF HUMAN RIGHTS)

E.    Is the last level to which you appealed the highest level of appeal available to you?

YES ( )    NO (X)

F.    If you did not present your claim for review through the grievance procedure, explain why. THERE IS NO GRIEVANCE PROCEDURE AVAILABLE FOR INSTITUTIONAL POLICY

II.    Parties.

A.    Write your name and your present address. Do the same for additional plaintiffs, if any.

DANIEL RAYFEL WILLIAMS
2100 NAPA VALLEJO HWY UNIT Q-9
NAPA, CA 94558-6293

B.    Write the full name of each defendant, his or her official position, and his or her place of employment.

MR ED FOULK, ED.D.

**COMPLAINT**                                    - 2 -

1   EXECUTIVE DIRECTOR, NAPA STATE HOSPITAL

2   RABBI ROBERT KRAUS (JEWISH CHAPLAIN)

3   MR. MICHAEL HANSEN (PATIENT'S RIGHTS ADVOCATE)

4   MR. SCOTT ESPINOZA, EEO (NAPA HOSPITAL EEO OFFICE)

5   **III.    Statement of Claim.**

6        State here as briefly as possible the facts of your case. Be sure to describe how each

7   defendant is involved and to include dates, when possible. Do not give any legal arguments or

8   cite any cases or statutes. If you have more than one claim, each claim should be set forth in a

9   separate numbered paragraph.

10  ON OR, ABOUT JULY 15, 2007 (I ARRIVED AT NAPA

11  STATE HOSPITAL ON 20 JUNE 2007) I MADE A WRITTEN

12  PROPOSAL TO RABBI ROBERT KRAUS ASKING FOR RE-

13  LIGIOUS SUPPLIES THAT ARE GERMAINE TO MY

14  RELIGION (MAGIC [PRONOUNCED MAH·GEEK]). I, AF-

15  TER MAKING THIS WRITTEN PROPOSAL TO RABBI

16  KRAUS, RECIEVED NOTHING FROM HIM. I ATTEMP-

17  TED TO GRIEVE THE ISSUE BUT, WAS TOLD BY THE

18  NAPA STATE HOSPITAL PATIENT'S RIGHTS OFFICE

19  THAT, AS A MATTER OF INSTITUTIONAL POLICY, THIS

20  HOSPITAL DOES NOT PROVIDE RELIGIOUS SUPPLIES

21  TO INMATES. THIS IS DESPITE THE FACT THAT

22  THERE IS A JEWISH AND, PROTESTANT CHAPEL (BOTH

23  **IV.    Relief.**

24       Your complaint cannot go forward unless you request specific relief. State briefly exactly

25  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

26  I WANT CURRENT CALIFORNIA STATE DEPART-

27  MENT OF MENTAL HEALTH POLICY CHANGED TO

28  CONFORM TO THE RELIGIOUS FREEDOM AND, RE-

SEPARATE FROM EACH OTHER) ON THE GROUNDS
OF THE HOSPITAL; THIS IS DESPITE THE FACT THAT
THERE ARE SERVICES FOR CATHOLICS, PROTES-
TANTS, BHUDDISTS, MUSLIMS AND, NATIVE
AMERICANS (I BELIEVE THERE IS ALSO A SER-
VICE FOR FALUN GONG PRACTITIONERS, AS
WELL); THIS IS DESPITE THE FACT THAT THERE
IS A RELIGIOUS LIBRARY ON THE GROUNDS OF
THE HOSPITAL; THIS IS DESPITE THE FACT THAT
MUSLIM INMATES ARE SUPPLIED WITH COPIES OF
THE QURAN, "KOOFI" HATS (USED BY MUSLIMS
IN THE READING OF THE QURAN AND IN PRAYER
AND MEDITATION) AND, PRAYER RUGS (USED TO
KNEEL ON WHEN PRAYING FACE TO MECCA).


PARAGRAPH 2:
              CONTROLLED SUBSTANCES ARE
CONTRABAND PER INSTITUTIONAL POLICY AT
NAPA STATE HOSPITAL (THIS INCLUDES CAFFIENA-
TED COFFEE); HOWEVER, THC AND, RAW, UN-
PROCESSED, OPIUM ARE USED BY "MAGI"
(HOLY MEN [LIKE MYSELF] WHO HAVE DEDICATED
THEIR ENTIRE EXISTANCES TO THE PRINCIPLES
OF MAGIC) IN SPIRITUAL DIVINATION, MEDITA-
TION, PRAYER AND, THE LIKE. I ASKED, IN
MY WRITTEN PROPOSAL TO RABBI KRAUS, FOR

THC AND, A "HOOKAH" PIPE TO SMOKE THC
FROM AND, WAS DENIED. THE DIRECTOR OF
THE HOSPITAL ALSO TOLD ME THAT THC
IS NOT SUPPLIED BY THE HOSPITAL FOR
RELIGIOUS PURPOSES. I WAS TOLD THIS SHORTLY
BEFORE BEING TOLD BY PATIENT'S RIGHTS THAT
NO RELIGIOUS SUPPLIES WOULD BE MADE AVAIL-
ABLE TO ME AND, SHORTLY AFTER BEING DE-
NIED BY THE RABBI. I SHOULD ADD THAT ALCOHOL
IS USED IN THE PRACTICE OF MAGIC IN DISPLAYS
OF DRUNKEN MERRIMENT (WE BELIEVE THAT
THE GOD APOLLO IS APPEASED AND HONORED IN
THIS WAY).

PARAGRAPH 3:

THE USE OF TOBACCO PRODUCTS
IS ALLOWED AT NAPA STATE HOSPITAL PER
CURRENT INSTITUTIONAL POLICY BUT, WHEN
ASKED IF TOBACCO WOULD BE SUPPLIED TO
ME FOR RELIGIOUS PURPOSES (TOBACCO IS
ALSO USED IN PRAYER AND MEDITATION BY
"MAGI") I WAS TOLD BY THE DIRECTOR OF
THE HOSPITAL IT WOULD NOT.

PARAGRAPH 4:

CAFFIENATED COFFEE IS

USED BY "MAGI" TO DISPLAY AN INTENTION
TO DO MORE THAN "SIT AROUND" DURING
THE DAY. WE ALSO USE CAFFIENATED
COFFEE TO DISPLAY BOTH WILLINGNESS AND
EAGERNESS TO SERVE (AN OPERATIVE WORD)
OUR GODS. I KNOW THAT JENNIFER TURNER
(A REHAB THERAPIST ON OUR UNIT) BE-
GINS HER DAY WITH CAFFIENATED COFFEE
BECAUSE THERE ARE AT LEAST 10 BAGS OF
IT IN HER OFFICE AND, SHE REGULARLY
BRINGS CUPS FULL OF IT TO OUR MORNING
MEETINGS. I DON'T THINK SHE IS A "MAGI",
HOWEVER.

PARAGRAPH 5:
                    INMATES AT NAPA STATE
HOSPITAL ARE ALLOWED LAPTOP COMPUTERS
SO LONG AS THEY DO NOT HAVE "WIRE-
LESS" INTERNET ACCESS PER THE CURRENT
POLICY; HOWEVER, INTERNET ACCESS IS
NOT ALLOWED PER CURRENT POLICY. THE
INTERNET IS USED BY "MAGI" FOR SPIRITUAL
DIVINATION PURPOSES.

PARAGRAPH 6:
                TOP HATS AND, BODY WASH

ARE ALLOWED UNDER CURRENT NAPA
STATE HOSPITAL. HOWEVER, ACCORDING
TO THE NAPA STATE HOSPITAL POLICY, THEY
ARE NOT SUPPLIED TO INMATES AS RELIGIOUS
SUPPLIES. JASMINE BODY WASH IS USED
IN HONOR OF THE GOD HERA AND, ESPECIALLY
FOR MEN, IS WORN/USED BECAUSE HERA HAS
ANOINTED/SPIRITUALLY BLESSED US. HERA
IS THE GOD OF PESTILLENCE AND, JASMINE
IS A NATURAL PEST REPELLANT. TOP HATS
ARE WORN BECAUSE OUR GODS HAVE SPIRITU-
ALLY BLESSED US. THEY SIGNIFY THAT WE
ALWAYS THINK OF WHAT IS HIGHER AND,
BECAUSE OF THAT OUR GODS THINK WE
ARE "TOPS!"

PARAGRAPH 7:

NEWSPAPERS ARE USED BY
"MAGI" FOR THE PURPOSE OF SPIRITUAL DIVINATION
BUT, ARE NOT SUPPLIED TO INMATES PER CURRENT
NAPA STATE HOSPITAL POLICY. SOMETIMES POP-
ULAR MUSIC ARE USED BY "MAGI" AS HYMS;
HOWEVER, CD'S, CASETTE TAPES AND, LISTENING
DEVICES ARE NOT SUPPLIED TO INMATES PER
CURRENT INSTITUTIONAL POLICY.

PARAGRAPH 8 :

I FEEL I SHOULD MENTION THAT THE STAFF OF NAPA STATE HOSPITAL HAVE NO PROBLEM EXCERCISING THEIR RIGHTS TO PRACTICE THEIR RESPECTIVE RELIGIONS. THE JEWISH CHAPLAIN WEARS A "YERMULKAH" TO WORK. THE CATHOLIC CHAPLAIN WEARS A BLACK SHIRT WITH A WHITE COLLAR AROUND HIS NECK. ON MY FORMER UNIT, HERE AT NAPA STATE HOSPITAL THERE IS A PICTURE OF THREE MONKIES WHO ADMONISH BELIEVERS OF CHINESE/ASIAN SPIRITUALITY TO, "HEAR, SPEAK ANY, SEE NO EVIL". THERE IS A PSYCHIATRIST ON MY UNIT WHO WEARS A "MEZUZAH" (A JEWISH PENDANT) WITH THE "STAR OF DAVID" AROUND HIS NECK, IN FULL VIEW OF THE INMATES, DAILY, TO WORK. THERE ARE ALSO STAFF MEMBERS WHO WEAR TRADITIONAL CLOTHING TO WORK THAT STEM FROM SPIRITUAL BELIEFS (I THINK BUT AM NOT CERTAIN THEY ARE EAST INDIAN IN ORIGIN/DERIVATION)

1   STORATION ACT OF 1995. I WANT MY RELIGIOUS
2   SUPPLIES SUPPLIED. I WANT THE INMATES
3   OF NAPA STATE HOSPITAL TO BE ABLE TO WORSHIP
4   ACCORDING TO THEIR BELIEFS.
5       I declare under penalty of perjury that the foregoing is true and correct.
6
7       Signed this 21 ST day of JANUARY , 20 08
8
9
10                          (Plaintiff's signature)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMPLAINT                        - 4 -



DANIEL WILLIAMS
2100 Napa Vallejo Hwy.
Napa, CA  94558-6293
UNIT CC-9

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.58⁰
02 1M    0004219468
MAILED FROM ZIP CODE 94558
JAN 23 2008

CLERK OF THE
UNITED STATES
DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO, CA
94102

POSTAGE
DUE

08-713 PJH