FILED
FEB 25 PM 12: 38
CLERK
NORTHERN DISTRICT COURT
CALIFORNIA

E-filing

PJH

CV 08 0713 (PR)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DANIEL RAYFEL WILLIAMS,

    Plaintiff,

vs.

CALIFORNIA DEPT. OF MENTAL HEALTH DBA NAPA STATE HOSPITAL,

    Defendant.

CASE NO. _____

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, DANIEL R. WILLIAMS, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: NOT APPLICABLE     Net: NOT APPLICABLE

Employer: NOT APPLICABLE

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  NOT APPLICABLE
5  _____
6  _____
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.   Business, Profession or                         Yes ___ No _X_
10         self employment
11    b.   Income from stocks, bonds,                      Yes ___ No _X_
12         or royalties?
13    c.   Rent payments?                                  Yes ___ No _X_
14    d.   Pensions, annuities, or                         Yes ___ No _X_
15         life insurance payments?
16    e.   Federal or State welfare payments,              Yes ___ No _X_
17         Social Security or other govern-
18         ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  NOT APPLICABLE
22  _____
23  3.   Are you married?                                  Yes ___ No _X_
24  Spouse's Full Name: NOT APPLICABLE
25  Spouse's Place of Employment: NOT APPLICABLE
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $ NOT APPLICABLE   Net $ NOT APPLICABLE
28  4.   a.   List amount you contribute to your spouse's support:$ NOT APPLICABLE

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5  NOT APPLICABLE
6  _____

7  5.  Do you own or are you buying a home?        Yes ___  No  X
8  Estimated Market Value: $ N/A   Amount of Mortgage: $ N/A
9  6.  Do you own an automobile?                   Yes ___  No  X
10 Make  N/A        Year  N/A       Model  N/A
11 Is it financed? Yes N/A No N/A  If so, Total due: $ N/A
12 Monthly Payment: $ N/A
13 7.  Do you have a bank account?  Yes ___  No X  (Do not include account numbers.)
14 Name(s) and address(es) of bank: N/A
15 _____
16 Present balance(s): $ NOT APPLICABLE
17 Do you own any cash?  Yes ___  No X   Amount: $ NOT APPLICABLE
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ___  No X
20 _____
21 8.  What are your monthly expenses?
22 Rent: $ NOT APPLICABLE   Utilities: NOT APPLICABLE
23 Food: $ NOT APPLICABLE   Clothing: NOT APPLICABLE
24 Charge Accounts:
25 Name of Account          Monthly Payment          Total Owed on This Acct.
26 N/A                      $ NOT APPLICABLE         $ NOT APPLICABLE
27 N/A                      $ NOT APPLICABLE         $ NOT APPLICABLE
28 N/A                      $ NOT APPLICABLE         $ NOT APPLICABLE

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

NOT APPLICABLE / DON'T KNOW

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___   No ✗

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

NOT APPLICABLE

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

02-22-08                          [signature]
DATE                              SIGNATURE OF APPLICANT

Case Number: _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **Williams Daniel Rayfel** for the last six months
[prisoner name]
**Napa State Hospital** where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **12.50** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **12.50**.

Dated: **1/24/08**                                    _____
                                                      [Authorized officer of the institution]

- 5 -

**CONFIDENTIAL PATIENT INFORMATION - CALIFORNIA WELFARE AND INSTITUTIONS CODE SECTIONS 5328 & 4514. INFORMATION SUBJECT TO RELEASE IN ACCORDANCE WITH THE FEDERAL PRIVACY ACT OF 1974 (PUBLIC LAW 93-579).**

10/24/2007
2:46:03PM

**TRUST ACCOUNT / CASHIERS' SYSTEM II**
**LEDGER ACTIVITY FROM 7/1/2007 1 TO 9/30/2007**

Page 40 of 44

PATIENT NO.: 2071124
PATIENT NAME: WILLIAMS, DANIEL

WARD NO: 09
ADMIT: 06/20/2007

| DATE | DOCUMENT NO. | DEPOSIT | WITHDRAW | ENCUM-BRANCE | CURRENT BALANCE | COMMENTS |
|---|---|---|---|---|---|---|
| 07/20/2007 | 075075 | $12.50 | | | $12.50 | $12.50 Receipts |
| 07/26/2007 | 153715 | | $12.50 | | $0.00 | cl v70 |
| 08/19/2007 | 075154 | $12.50 | | | $12.50 | $12.50 Receipts |
| 08/23/2007 | 153928 | | $12.50 | | $0.00 | cl v151 |
| 09/18/2007 | 075225 | $12.50 | | | $12.50 | $12.50 Receipts |
| 09/20/2007 | 154108 | | $12.50 | | $0.00 | Cashlist v-224 |

PLEASE BE ADVISED THAT EFFECTIVE 10/24/2007 THE TRUST ACCOUNT IN YOUR NAME LOCATED IN THE CASHIERS OFFICE HAS A BALANCE OF $12.50 . THESE FUNDS ARE HELD PURSUANT TO SECTION 7281 OF THE WELFARE AND INSTITUTION CODE FOR YOUR BENEFIT. A STATEMENT SUCH AS THIS WILL BE SENT TO YOU QUARTERLY.

> **CONFIDENTIAL PATIENT INFORMATION - CALIFORNIA WELFARE AND INSTITUTIONS CODE SECTIONS 5328 & 4514. INFORMATION SUBJECT TO RELEASE IN ACCORDANCE WITH THE FEDERAL PRIVACY ACT OF 1974 (PUBLIC LAW 93-579).**

1/17/2008  
11:20:37AM

**TRUST ACCOUNT / CASHIERS' SYSTEM II**  
**LEDGER ACTIVITY FROM 10/01/2007 TO 12/31/2007**

Page 60 of 84

PATIENT NO.: 2071124  
PATIENT NAME: WILLIAMS, DANIEL  
WARD NO: Q9  
ADMIT: 06/20/2007

| DATE | DOCUMENT NO. | DEPOSIT | WITHDRAW | ENCUM-BRANCE | CURRENT BALANCE | COMMENTS |
|---|---|---|---|---|---|---|
| 10/18/2007 | 075302 | $12.50 | | | $12.50 | $12.50 Receipts |
| 10/25/2007 | 154369 | | $12.50 | | $0.00 | cl v330 |
| 11/17/2007 | 075387 | $12.50 | | | $12.50 | $12.50 Receipts |
| 11/21/2007 | 154561 | | $12.50 | | $0.00 | cl v397 |
| 12/17/2007 | 075494 | $12.50 | | | $12.50 | $12.50 Receipts |
| 12/19/2007 | 154799 | | $12.50 | | $0.00 | cl v473 |

\*\*\*\*\*\*\* CURRENT BALANCE      $0.00

PLEASE BE ADVISED THAT EFFECTIVE 1/17/2008 THE TRUST ACCOUNT IN YOUR NAME LOCATED IN THE CASHIERS OFFICE HAS A BALANCE OF $0.00 . THESE FUNDS ARE HELD PURSUANT TO SECTION 7281 OF THE WELFARE AND INSTITUTION CODE FOR YOUR BENEFIT. A STATEMENT SUCH AS THIS WILL BE SENT TO YOU QUARTERLY.



BUSINESS REPLY MAIL
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

DANIEL R. WILLIAMS
NAPA STATE HOSPITAL
UNIT: Q-9
2100 NAPA VALLEJO HWY
NAPA, CA 94558-6295