**RECEIVED**
MAR 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

03.10.08

E-filing

**FILED**
MAR 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DANIEL R. WILLIAMS
JAIL # 2285306
DORM D CELL 04
850 BRYANT ST 7TH FL.
SAN FRANCISCO, CA
94103-4666

C07-2922 PJH
C07-4496 PJH
C08-713 PJH

CLERK
UNITED STATES DISTRICT
COURTHOUSE
450 GOLDEN GATE AVE
SAN FRANCISCO, CA
94102

RE: CHANGE OF ADDRESS

TO THE CLERK,

I REALIZE THAT CHANGES OF ADDRESS SHOULD BE DONE IN INK; HOWEVER, I DO NOT HAVE ACCESS TO A PEN AT PRESENT.

I AM THE DANIEL RAYFEL WILLIAMS NAMED AS THE PETITIONER IN THE FOLLOWING CASES:

1.

WILLIAMS V. HENNESSY

WILLIAMS V. CALIFORNIA DEPT. OF MENTAL HEALTH

WILLIAMS V. CALIFORNIA DEPT. OF MENTAL HEALTH

UNFORTUNATELY, ALL OF MY LEGAL PAPERWORK WAS TAKEN FROM ME UPON MY RETURN FROM NAPA STATE HOSPITAL; THEREFORE, I AM UNABLE TO PROVIDE CASE NUMBERS.

I WOULD ASK THAT THE CASES FILED AGAINST THE CALIFORNIA DEPARTMENT OF MENTAL HEALTH REMAIN INTACT AND IN PLACE, AS IT IS POSSIBLE THAT I MAY BE RETURNED TO NAPA STATE HOSPITAL (2100 NAPA VALLEJO HWY. NAPA, CALIFORNIA - 94558-6293), PURSUANT TO CALIFORNIA PENAL CODE 1372 (a) OR, FOR SOME, OTHER, REASON.

THANK YOU FOR YOUR ATTENTION TO THIS MATTER.

YOURS TRULY,

[signature]

2.

DANIEL R. WILLIAMS
JAIL # 2285306
DORM D CELL 18
COUNTY JAIL # 2
850 BRYANT ST 7TH FL
SAN FRANCISCO, CA
94103-2006

LEGAL
MAIL

CLERK
UNITED STATES DISTRICT COURTHOUSE
450 GOLDEN GATE AVE
SAN FRANCISCO, CA
94102



Hasler

016H26514101
Mailed From 94103
$00.41⁰
US POSTAGE