OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

**FILED**

MAR 17 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Court leave

08-713 PJH

(#9)

☐ Moved, left no address
☐ No such number
☐ Forwarding order expired
☐ Attempted - not known
☐ Other: _____
Pt # _____ Initials _____

NIXIE        945    SC  1          30  03/14/08
            RETURN TO SENDER
            ATTEMPTED - NOT KNOWN
            UNABLE TO FORWARD

BC: 94102340999       *2905-09774-14-21*

MAILED FROM ZIP CODE 94102
$00.58
MAR 03 2008
PITNEY BOWES

Daniel Rayfel Williams 2285306
Napa State Hospital
2100 Napa Vallejo Highway
Napa, CA 94558-6293


CV08-00713 PJH