United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL RAYFEL WILLIAMS,

        Plaintiff,

    v.

CALIFORNIA DEPARTMENT OF MENTAL HEALTH dba NAPA STATE HOSPITAL,

        Defendant.
                                           /

No. C 08-0713 PJH (PR)

**ORDER EXTENDING TIME TO AMEND; INSTRUCTIONS TO CLERK**

This is a civil rights case filed by a prisoner when he was housed at the Napa State Hospital, apparently for restoration of competency. In the complaint he contended that his religious rights as a follower of a religion called "Magic" were violated. The court dismissed the complaint with leave to amend in the initial review order. Plaintiff filed a notice of change of address to the San Francisco County Jail shortly after the order was entered. Plaintiff's copy of the order was returned as undeliverable.

The clerk shall send plaintiff another copy of the initial review order (document number 4) at his current address. The time for him to amend is **EXTENDED** to May 19, 2008.

**IT IS SO ORDERED.**

Dated: April 16, 2008.

                                              PHYLLIS J. HAMILTON
                                              United States District Judge

G:\PRO-SE\PJH\CR.08\WILLIAMS0713.EXT.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL R WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPT OF MENTAL HEALTH<br>et al,<br><br>    Defendant.<br>_____/ | Case Number: CV08-00713 PJH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Daniel Rayfel Williams 2285306
Dorm D Cell 04
850 Bryant Street
7th Floor
San Francisco, CA 94103-4666

Dated: April 16, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk