1  **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2  Name  WILLIAMS          DANIEL          R
        (Last)          (First)        (Initial)

**FILED**
MAY 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4  Prisoner Number  2285306

5  Institutional Address  2100 NAPA-VALLEJO HWY. • NAPA • CA • 94558

**RECEIVED**
MAY 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DANIEL RAYFEL WILLIAMS
(Enter the full name of plaintiff in this action.)

vs.

GOV. ARNOLD SCHWARZENNEGER
DIRECTOR, EX-OFFICIO, CALIFORNIA
DEPARTMENT OF MENTAL HEALTH,
NAPA STATE HOSPITAL
(Enter the full name of the defendant(s) in this action)

Case No. C-08-0713 PJH (PR)
(To be provided by the Clerk of Court)

AMENDED
COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
Title 42 U.S.C § 1983
COMPLAINT

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.  Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.  Place of present confinement  NAPA STATE HOSPITAL

B.  Is there a grievance procedure in this institution?

    YES (X)     NO ( )

C.  Did you present the facts in your complaint for review through the grievance procedure?

    YES (X)     NO ( )

D.  If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT            - 1 -

1         1. Informal appeal _NAPA STATE HOSPITAL - OFFICE OF PATIENT'S_
2     _RIGHTS - GRIEVANCE NUMBER UNAVAILABLE - GRIEVANCE_
3     _DENIED_
4         2. First formal level _APPEAL TO EXECUTIVE DIRECTOR (ED_
5     _FOULK, Ed.D.) - APPEAL DENIED - GRIEVANCE NUMBER_
6     _UNAVAILABLE_
7         3. Second formal level _CALIFORNIA OFFICE OF PATIENT'S RIGHTS_
8     _APPEAL DENIED - GRIEVANCE NUMBER UNAVAILABLE_
9
10        4. Third formal level _CALIFORNIA DEPARTMENT OF MENTAL_
11    _HEALTH - UNATTEMPTED - NOT AVAILABLE_
12
13    E.   Is the last level to which you appealed the highest level of appeal available to
14    you?
15        YES (X)   NO ( )
16    F.   If you did not present your claim for review through the grievance procedure,
17 explain why. _I DID PRESENT MY CLAIM THROUGH THE GRIEVANCE PRO-_
18 _CEDURE. IT COULDN'T GO ANY FURTHER THAN IT DID_
19
20 II.   Parties.
21    A.   Write your name and your present address. Do the same for additional plaintiffs,
22    if any.
23 _DANIEL R. WILLIAMS (JAIL# 2285306)_
24 _850 BRYANT ST 7TH FL (DORM D CELL 04)_
25 _SAN FRANCISCO, CA 94103-4610_
26    B.   Write the full name of each defendant, his or her official position, and his or her
27    place of employment.
28 _GOV. ARNOLD SCHWARZENNEGER_

COMPLAINT                      - 2 -

1. STATE CAPITOL BUILDING · (LEGAL AFFAIRS OFFICE) · 95814
2. ED FOULK, ED.d. (EXECUTIVE DIRECTOR) · NAPA STATE HOSPITAL
3. 2100 NAPA-VALLEJO HWY
4. NAPA, CA 94558-6293
5. III. Statement of Claim.
6. State here as briefly as possible the facts of your case. Be sure to describe how each
7. defendant is involved and to include dates, when possible. Do not give any legal arguments or
8. cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9. separate numbered paragraph.
10. PARAGRAPH 1:
11. MY RIGHTS, UNDER THE 8TH, 14TH AND, 18TH
12. AMENDMENTS TO THE U.S. CONSTITUTION WERE VIOLATED WHEN
13. THE STAFF OF NAPA STATE HOSPITAL TOLD ME THAT I WOULD HAVE
14. TO PAY FOR, AS AN "OUT-OF-POCKET" EXPENSE, MY RELIGIOUS
15. SERVICES; FOR INSTANCE, CATHOLICS ARE PROVIDED, FREE OF
16. CHARGE, A CHAPEL TO WORSHIP IN, A CHAPLAIN, BIBLES, HYM-
17. NALS, COMMUNION AND, MASS ON SUNDAY; HOWEVER, I WAS
18. TOLD THAT THE JASMINE THAT I BATHE IN, AT THE INSISTANCE
19. OF THE GOD HERA (GREEK GOD OF PESTILENCE), WOULD HAVE
20. TO BOUGHT.
21.
22. PARAGRAPH 2:
23. IV. Relief.
24. Your complaint cannot go forward unless you request specific relief. State briefly exactly
25. what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
26. • I WANT NAPA STATE HOSPITAL, AS A MATTER OF INSTITUTION-
27. AL POLICY, TO EITHER MAKE SOME PROVISION FOR ALL OF
28. THEIR CLIENT'S RELIGIOUS NEEDS OR, NO PROVISION

COMPLAINT - 3 -

IN MY RELIGION (MAGIC), WE USE OPIUM, COFFEE (CAFFEINATED), ALCOHOL AND, MARIJUANA; WE BELIEVE THAT THESE "SUBSTANCES" BRING US CLOSE WITH OUR "GODS" AND, "DIETIES"; HOWEVER, THERE IS AN INSTITUTIONAL BAN (PER CALIFORNIA STATE DEPARTMENT OF MENTAL HEALTH POLICY) ON ALL OF THESE "SUBSTANCES".

THAT BAN VIOLATES MY RIGHTS, UNDER THE 1ST, 8TH, 14TH AND 18TH AMENDMANTS TO THE U.S. CONSTITUTION.

PARAGRAPH 3:

THERE IS A BAN ON "WIRELESS" INTERNET ACCESS AT NAPA STATE HOSPITAL (PER CALIFORNIA DEPARTMENT OF MENTAL HEALTH POLICY) AND, IN FACT, ON THE "INTERNET", PERIOD. IN MY RELIGION, THE INTERNET IS USED AS A TOOL OF SPIRITUAL DIVINATION.

THE BAN ON "INTERNET" ACCESS VIOLATES MY RIGHTS, UNDER THE 1ST, 8TH, 14TH AND 18TH AMENDMANTS TO THE U.S. CONSTITUTION.

PARAGRAPH 4:

MY PSYCHIATRISTS, BOTH WOMEN, INSIST UPON ORDERING BLOOD DRAWS, TWICE A WEEK, OVER, ESPECIALLY, MY RELIGIOUS OBJECTION (NOT TO MENTION MY PERSONAL OBJECTION TO THEM) TO THEM; IN MY RELIGION, WE BELIEVE THAT UNNECESSARY MEDICAL TREATMENT (I.E., COSMETIC SURGERY) AND, FLESH-PIERCING (I.E. TATOOS) ARE FORMS OF SELF-

DEPRICATING BEHAVIOR AND, THAT THIS SORT OF BEHAVIOR IS OFFENSIVE TO THE GODS; WHAT THE STAFF OF NAPA STATE HOSPITAL CALLS "PREVENTATIVE HEALTH CARE" I CALL A DELIBERATE AND, BLATANT ATTEMPT TO TRICK ME INTO SELF-DEPRICATING BEHAVIOR.

NAPA STATE HOSPITAL'S INSISTANCE UPON THESE BLOOD-DRAWS IS A VIOLATION OF MY RIGHTS, UNDER, THE 1ST, 4TH, 8TH, 14TH AND, 18TH AMENDMANTS TO THE U.S. CONSTITUTION.

PARAGRAPH 5:

NAPA STATE HOSPITAL'S CHAPELS, THE PROTESTANT CHAPEL (WHERE CATHOLICS ALSO WORSHIP) AND, THE JEWISH CHAPEL, AS WELL AS THE RELIGIOUS STAFF OF NAPA STATE HOSPITAL ARE, BY THEIR EXISTANCE AND, NATURE, VIOLATIVE OF THE SEPARATION OF CHURCH AND, STATE GUARANTEED BY THE U.S. CONSTITUTION AND, VIOLATIVE OF THE CONSTITUTIONAL BAN ON "STATE-SPONSORED" RELIGION AND, ARE, THEREFORE, VIO-LATIVE OF MY CONSTITUTIONAL RIGHTS.

THE CHAPELS AND, RELIGIOUS STAFF ARE VIOLATIVE OF MY 1ST, 8TH, 14TH AND, 18TH AMENDMANT RIGHTS BE-CAUSE I WAS TOLD BY THE STAFF OF NAPA STATE HOSPITAL THAT I WOULD HAVE TO FIND MY, OWN, RELIGIOUS "CHAPLAIN"/ LEAD FROM OUTSIDE; NO EFFORT WAS EVER MADE TO ASSIST ME IN THIS ENDEAVOR, HOWEVER.

1  _____
2  _____
3  _____
4  _____

5  I declare under penalty of perjury that the foregoing is true and correct.

7  Signed this 13TH day of MAY, 20 08

9  _____
10                  (Plaintiff's signature)

IV. RELIEF. (CNT'D):

FOR ANYONE'S RELIGIOUS NEEDS.

- I WANT THE BAN ON CONTROLLED SUBSTANCES AT NAPA STATE HOSPITAL LIFTED

- I WANT THE BAN ON ALL FORMS OF "INTERNET" ACCESS LIFTED AT NAPA STATE HOSPITAL

- I WANT, AS A MATTER OF NAPA STATE HOSPITAL POLICY, THE STAFF OF NAPA STATE HOSPITAL, TO LEAVE "PREVENTATIVE HEALTH CARE" UP TO THE DISCRETION OF THE CLIENTS, WITHOUT THE WORRY THAT SOME DOCTOR WILL INSIST UPON IT NO MATTER WHAT

- I WANT NAPA STATE HOSPITAL'S CHAPELS CLOSED

- I WANT NAPA STATE HOSPITAL'S RELIGIOUS STAFF TERMINATED