

Daniel Rayfel Williams 2285306
Napa State Hospital
2100 Napa-Vallejo Hwy.
Napa, CA 94558


CV08-00713 PJH