United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RAYFEL WILLIAMS,<br><br>        Plaintiff,<br><br>   v.<br><br>CALIFORNIA DEPARTMENT OF MENTAL HEALTH dba NAPA STATE HOSPITAL; Governor ARNOLD SCHWARTZENEGGER; and ED FOULK, Executive Director, Napa State Hospital,<br><br>        Defendants.<br>_____ / | No. C 08-0713 PJH (PR)<br><br>**ORDER OF DISMISSAL** |

    This is a civil rights case filed pro se by a state prisoner.  Mail that the clerk sent to plaintiff at his last known address has been returned as undeliverable.  Plaintiff has not provided a current mailing address.

    More than sixty days have passed since the mail was returned.  This case is **DISMISSED** without prejudice.  *See* Local R. 3-11(b).

    **IT IS SO ORDERED.**

Dated:  August 29, 2008.

                                             PHYLLIS J. HAMILTON
                                             United States District Judge

G:\PRO-SE\PJH\CR.08\WILLIAMS0713.DSM-mail.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DANIEL R WILLIAMS,

        Plaintiff,

  v.

CALIFORNIA DEPT OF MENTAL HEALTH
et al,

        Defendant.
                                 /

Case Number: CV08-00713 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 29, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Daniel Rayfel Williams 2285306
Dorm M Cell 12
850 Bryant Street
6th Floor
San Francisco, CA 94103-4666

Dated: August 29, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk