United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RAYFEL WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF MENTAL HEALTH dba NAPA STATE HOSPITAL; Governor ARNOLD SCHWARTZENEGGER; and ED FOULK, Executive Director, Napa State Hospital,<br><br>    Defendants.<br>_____/ | No. C 08-0713 PJH (PR)<br><br>**JUDGMENT** |

Pursuant to the order of dismissal signed today, a judgment of dismissal without prejudice is entered against plaintiff and in favor of defendants.

**IT IS SO ORDERED.**

Dated: August 29, 2008.

                                    PHYLLIS J. HAMILTON
                                    United States District Judge

G:\PRO-SE\PJH\CR.08\WILLIAMS0713.JUD.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


DANIEL R WILLIAMS,

        Plaintiff,

  v.

CALIFORNIA DEPT OF MENTAL HEALTH
et al,

        Defendant.
                              /

Case Number: CV08-00713 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 29, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Daniel Rayfel Williams 2285306
Dorm M Cell 12
850 Bryant Street
6th Floor
San Francisco, CA 94103-4666

Dated: August 29, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk